(April 29, 1976)

■ MARILYN GRUNFELD, an Infant, by Her Mother and Natural Guardian, JEANETTE GRUNFELD, et al., Respondents, v GUSTAV FAEDER, Respondent, and STEVEN GRUNFELD, Appellant.—Order, Supreme Court, Bronx County, entered on or about September 12, 1975, unanimously affirmed for the reasons stated by Callahan, J., at Trial Term. Plaintiffs-respondents and defendant-respondent shall recover of defendant-appellant one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Silverman and Nunez, JJ.